IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**SANDPIPER RESIDENTS ASSOCIATION, et al.,**

    **Plaintiffs,**

v.

**UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT,**

    **Defendant.**

**Case No. 1:20-cv-01783 (RDM)**

## DECLARATION OF BETTY DERGIN

My name is Betty Ann Dergin. I am over the age of 18 and fully competent to execute this declaration. My home address is 3916 Winnie Street, Apt. 51, Galveston, TX 77550.

I am a resident of Sandpiper Cove Apartments and one of the plaintiffs in the matter of Sandpiper Residents Association, et al. v. The United States Department of Housing and Urban Development, Case No. 20-1783.

Water enters my unit when it rains. During the rainfall caused by Hurricane Nicholas, water entered my apartment through cracks and waterlogged my carpet. I still have mold in the apartment and can smell it at all times. The air conditioner must be running at all times just to cover the moldy smell inside. I am still concerned about health risks as a result of mold exposure and pests on the property. Management has not repaired anything in my unit in almost a year. Roaches are all over the property and I regularly have to perform my own pest control. I have not seen property management send an exterminator in about six months. Pests are not only in my apartment but also in common areas of the complex. Since the lawsuit was filed, no improvements have been performed in my apartment. Conditions have actually gotten worse, as now I have to clean the waterlogged carpet after rainfall.

I declare under penalty of perjury that the foregoing is true and correct. Executed on Friday, November 5, 2021.

_Betty Ann Dergin_
Betty Ann Dergin

Respectfully submitted,

/s/Kimberly Brown Myles

Kimberly Brown Myles
Attorney in charge
State Bar No. 24071805
LONE STAR LEGAL AID
P.O. Box 398
Houston, Texas 77001 0398
(713) 652-0077 ext. 1206
Fax: (713) 652-3141
Email: kbrown@lonestarlegal.org
D.C. Bar No. TX0180
Attorney for Plaintiffs

Velimir Rasic
State Bar No. 24065948
LONE STAR LEGAL AID
P.O. Box 398
Houston, Texas 77001 0398
(713) 652-0077 ext. 1204
Fax: (713) 652-3141
Email: vrasic@lonestarlegal.org
D.C. Bar No. TX0179
Attorney for Plaintiffs

Of Counsel:
Laura B. Beshara
State Bar No. 02261750
DANIEL & BESHARA, P.C
3301 Elm Street
Dallas, Texas 75226-1637
214-939-9230
Fax 214-741-3596
E-mail: laurabeshara@swbell.net
D.C. Bar No. TX0171
Attorney for Plaintiff

Michael M. Daniel
State Bar No. 05360500
DANIEL & BESHARA, P.C.

3301 Elm Street
Dallas, Texas 75226-1637
214-939-9230
Fax 214-741-3596
E-mail: daniel.michael@att.net
D.C. Bar No. TX0172
Attorney for Plaintiff

Certificate of Service

    I hereby certify that on November 15, 2021, I electronically submitted the foregoing document with the clerk of the court for the U.S. District Court for the District of Columbia, using the electronic case files system of the court. The electronic case files system will send a "Notice of Electronic Filing" to the following individuals who have consented in writing to accept this Notice as service of this document by electronic means.

    /s/ Kimberly Brown Myles